## BOBBY GLEN GILES V. THE STATE.

No. 19204.   Delivered December 1, 1937.

The opinion states the case.

*Baskett & Parks,* of Dallas, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for theft of an automo-

bile, punishment assessed at confinement in the penitentiary for two years.

The record contains neither statement of facts nor bills of exception, save exceptions to the refusal of two special charges and the objections to the main charge of the court. In the absence of the statement of facts none of these exceptions can be appraised.

The judgment is affirmed.

*Affirmed.*